UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JOE FULTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MCI WORLDCOM, INC., et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:03-cv-06949-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 14)<br><br>**ORDER DISMISSING AMENDED COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>**ORDER DISMISSING ENTIRE ACTION** |

　　　Plaintiff, Billy Joe Fulton ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On May 22, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on as undeliverable.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed May 22, 2006, are ADOPTED in full;

2.   Plaintiff's amended complaint is DISMISSED, without leave to amend in light of his inability to cure the defects present in his original complaint, for failure to state any claims upon which relief may be granted; and,

3.   This action is therefore DISMISSED in its entirety.

IT IS SO ORDERED.

**Dated:   August 17, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE